```
                IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**CURTIS LEE BALL**

    **Petitioner**

v.  //     **CIVIL ACTION NO. 1:06CV183**
              **CRIMINAL ACTION NO. 1:05CR43**
                    **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On December 29, 2006, pro se petitioner, Curtis Lee Ball, ("Ball") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. The Court referred this matter to United States Magistrate Judge John S. Kaull for initial screening and a Report and Recommendation ("R&R") in accordance with Local Rule of Prisoner Litigation 83.09.

On June 18, 2008, Magistrate Judge Kaull issued an R&R recommending that this Court deny and dismiss Ball's petition with prejudice. The R&R also specifically warned that failure to object to it would result in the waiver of any appellate rights on this issue. Nevertheless, Ball failed to file any objections.[1]

Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety (civil dkt. no. 8; criminal dkt. no. 454), **DENIES**

---

[1] Ball's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

**BALL V. USA**                          **CIVIL ACTION NO. 1:06CV183**
                                         **CRIMINAL ACTION NO. 1:05CR43**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

the Petition for Writ of Habeas Corpus (civil dkt. no. 1; criminal dkt. no. 323), and **DISMISSES** this case **WITH PREJUDICE.** The Clerk is ordered to **STRIKE** this case from the Court's docket.

    The Clerk is directed to mail a copy of this Order to the pro se petitioner, certified mail, return receipt requested, and to transmit copies of this Order to counsel of record.

Dated: July 25, 2008.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE